# IN THE DISTRICT COURT OF THE UNITED STATES

# for the Western District of New York

---

|  |  |
|---|---|
|  | **July 2021 GRAND JURY** <br> (Impaneled 07/30/2021) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| -vs- |  |
| **ALLEN C. DECOLA** | **Violation:** <br> Title 18, United States Code, <br> Sections 924(b) and 2 <br> (1 Count) |

## COUNT 1

### (Interstate Shipment and Transportation of Firearms)

### The Grand Jury Charges That:

Beginning in or about April 2018, the exact date being unknown, and continuing until or about May 17, 2018, in the Western District of New York and elsewhere, the defendant, **ALLEN C. DECOLA,** did knowingly, intentionally, and unlawfully, with the intent to commit offenses therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that offenses punishable by imprisonment for a term exceeding one year were to be committed therewith, that is, violations of Title 18, United States Code, Section 371; Title 18, United States Code, Section 922(a)(1)(A); Title 18, United States Code, Section 924(c); New York Penal Law Section 265.01-b; New York Penal Law Section 265.02(5)(ii); New York Penal Law Section 265.03(2); and New York Penal Law Section 265.10(2), ship and transport, and aid and abet the shipment and transportation

of, firearms in interstate commerce, that is, from the State of Ohio to the State of New York.

**All in violation of Title 18, United States Code, Sections 924(b) and 2.**

DATED:  Buffalo, New York, June 1, 2022.

                              TRINI E. ROSS  
                              United States Attorney

BY:    S/_____  
         JOSHUA A. VIOLANTI  
         Assistant United States Attorney  
         United States Attorney's Office  
         Western District of New York  
         138 Delaware Avenue  
         Buffalo, New York 14202  
         716/843-5864  
         Joshua.Violanti@usdoj.gov

A TRUE BILL:

S/_____  
FOREPERSON